# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Pet−Ag, Inc.

                                    Plaintiff,

v.                                                                 Case No.: 1:22−cv−02047

                                                                       Honorable Gary Feinerman

Reeftec Systems, LLC, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 7, 2022:

       MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. For the reasons stated on the record, Defendant Gysegem's motion to dismiss [13] is denied. Defendant Gysegem shall answer the complaint by 7/28/2022. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.