**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **PET-AG, INC.**,<br><br>    Plaintiff,<br><br>    v.<br><br>**REEFTEC SYSTEMS, LLC**, a Nevada limited liability company, **BRIAN GYSEGEM**, a natural person, and **JOHN DOES 1-10**, individually or as corporations/business entities,<br><br>    Defendants. | Case No. 1:22-cv-02047<br><br>Judge Gary Feinerman |

**JOINT MOTION FOR ENTRY OF STIPULATED
FINAL JUDGMENT AND PERMANENT INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Pet-Ag, Inc. ("Plaintiff") and Defendants Reeftec Systems, LLC and Brian Gysegem ("Defendants") (collectively, "the Parties") jointly submit this motion for entry of stipulated final judgment and a permanent injunction. In support, the Parties state as follows:

1. Plaintiff filed this lawsuit on April 20, 2022.

2. The Parties have reached an agreement on settlement terms that will resolve this case in full. The Parties' settlement is conditioned on this Court entering the proposed Stipulated Final Judgment and Permanent Injunction that has been submitted with this motion.

3. Accordingly, the Parties hereby request that this Court enter the proposed Stipulated Final Judgment and Permanent Injunction and retain jurisdiction over this matter only for the

-2-

purpose of enforcing and/or adjudicating claims that a party has violated the Stipulated Final Judgment and Permanent Injunction.

Dated: December 8, 2022                                Respectfully submitted,

*/s/ Daniel C.F. Wucherer*                              */s/ Cory Jay ("CJ") Rosenbaum*
Daniel C.F. Wucherer                                    Cory Jay Rosenbaum
Vorys, Sater, Seymour and Pease LLP                     Rosenbaum, Famularo & Segall, P.C.
301 E. 4th Street, Suite 3500                           138A East Park Avenue
Cincinnati, OH 45202                                    Long Beach, NY 11561
Tel: (513) 723-4093: Fax: (513) 852-7811                Tel: (212) 256-1109
dcwucherer@vorys.com                                    cjr@amazonsellerslawyer.com

Matthew Jason Singer                                    ***Attorneys for Defendants Reeftec Systems,***
Matt Singer Law, LLC                                    ***LLC and Brian Gysegem***
77 Wacker Drive, Suite 4500
Chicago, IL 60601
Tel: (312) 248-9123
matt@mattsingerlaw.com

***Attorneys for Plaintiff Pet-Ag, Inc.***

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Court on December 8, 2022. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

>  */s/ Daniel C.F. Wucherer*
>  Daniel C.F. Wucherer